STATE OF NORTH CAROLINA v. ALBERT HENSLEY

No. 7328SC334

(Filed 23 May 1973)

APPEAL by defendant from *Thornburg, Judge,* 23 October 1972 Criminal Session of BUNCOMBE Superior Court.

Defendant was tried on a bill of indictment charging him with assault with a deadly weapon with intent to kill, which assault inflicted serious injury to James Cuy Robinson, on 5 August 1972. He entered a plea of not guilty, the jury found him guilty, and the court sentenced him to imprisonment for seven years.

*Attorney General Robert Morgan by Associate Attorney Ralf F. Haskell for the State.*

*Robert S. Swain by Joel B. Stevenson for defendant appellant.*

CAMPBELL, Judge.

Defendant having brought forward no assignments of error, the appeal requires review of the record proper only. Defendant was charged and tried on a valid bill of indictment, the jury verdict is proper, and supports the judgment of the court. Defendant was sentenced to a term of imprisonment within that allowed by statute.

Defendant has had a fair trial free from prejudicial error.

Affirmed.

Judges BRITT and HEDRICK concur.